FILED

2023 Aug-14  PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH PATRICK BLANKENSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-01106-LSC-SGC |
| | ) | |
| TIFFANY R. HOLDER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on June 22, 2023, recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 14). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due

---

[1] The copy of the report and recommendation mailed to the plaintiff on June 22, 2023, was returned to the court as undeliverable, at which point the court learned the plaintiff had been transferred from his address of record to a new facility. (Doc. 15). The court directed the Clerk to mail a copy of the report and recommendation to the plaintiff at his new address on July 17, 2023, and afforded the plaintiff an additional 14 days to file objections. (Doc. 16).

to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A final judgment will be entered.

**DONE** and **ORDERED** on August 14, 2023.

_____
L. Scott Coogler
United States District Judge

160704

2